**Electronically Filed
Supreme Court
SCWC-21-0000211
23-MAY-2025
12:21 PM
Dkt. 21 ODAC**

SCWC-21-0000211

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

JAMES "KIMO" McCLELLAN,
Respondent/Plaintiff-Appellee,

vs.

TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP d.b.a.
KAMEHAMEHA SCHOOLS; ELLIOT KAWAIHOʻOLANA MILLS, in his capacity
as Trustee of the Estate of Bernice Pauahi Bishop d.b.a.
Kamehameha Schools; CRYSTAL KAUILANI ROSE, in her capacity as
Trustee of the Estate of Bernice Pauahi Bishop d.b.a.
Kamehameha Schools; JENNIFER NOELANI GOODYEAR-KAʻŌPUA, in her
capacity as Trustee of the Estate of Bernice Pauahi Bishop
d.b.a. Kamehameha Schools; ROBERT K.W.H. NOBRIGA, in his
capacity as Trustee of the Estate of Bernice Pauahi Bishop
d.b.a. Kamehameha Schools; and MICHELLE KAʻUHANE, in her capacity
as Trustee of the Estate of Bernice Pauahi Bishop d.b.a.
Kamehameha Schools;[1] ST. FRANCIS MEDICAL CENTER f.k.a.
ST. FRANCIS HOSPITAL; and THE ESTATE OF ROBERT McCORMICK BROWNE,
Deceased,
Petitioners/Defendants-Appellants.

---

[1] Pursuant to Hawaiʻi Rules of Evidence Rule 201 and Hawaiʻi Rules of Appellate Procedure Rule 43(c)(1), we take judicial notice that Jennifer Noelani Goodyear-Kaʻōpua and Michelle Kaʻuhane are current Trustees of the Estate of Bernice Pauahi Bishop and are automatically substituted as Petitioners/Defendants-Appellants in place of Micah Alika Kāne and Lance Keawe Wilhelm.

TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP d.b.a.
KAMEHAMEHA SCHOOLS,
Petitioners/Cross-Claimants/Third-Party Plaintiffs-Appellants,

vs.

ST. FRANCIS HEALTHCARE SYSTEM OF HAWAIʻI,
Respondent/Third-Party Defendant-Appellee,

and

ST. FRANCIS MEDICAL CENTER f.k.a. ST. FRANCIS HOSPITAL; and
THE ESTATE OF ROBERT McCORMICK BROWNE, Deceased,
Respondents/Cross-Claim Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000211; CASE NO. 1CCV-20-0001095)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, and Eddins, JJ.,
Circuit Judge Kawano, in place of Ginoza, J. recused,
and Circuit Judge Medeiros, in place of Devens, J. recused)

Petitioners Trustees of the Estate of Bernice Pauahi

Bishop dba Kamehameha Schools' Application for Writ of Certiorari,

filed on March 31, 2025, is hereby rejected.

DATED: Honolulu, Hawaiʻi, May 23, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Kelsey T. Kawano

/s/ Dyan M. Medeiros

2